# United States District Court
## Northern District of New York
## JUDGMENT IN A CIVIL CASE

**LEAMON JOYNER**

              **V.**            **CASE NUMBER: 1:05-CV-675 (NPM/VEB)**

**COMMISSIONER OF SOCIAL SECURITY**

[X]    Decision by Court.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED; that the Commissioners' decision denying disability benefits is REMANDED for further proceedings in accordance with the November 23, 2009 Report -Recommendation of the Honorable Victor E. Bianchini, United States Magistrate Judge, pursuant to sentence four of 42 U.S.C. section 405(g).

December 28, 2009            LAWRENCE K. BAERMAN

_____        _____

DATE                                CLERK OF COURT

                                          s/

                                          _____

                                          DONNA M. FRANCISCO

                                          DEPUTY CLERK