THOMAS C. ERWIN
Attorneys for Plaintiff
Erwin, McCane & Daly
23 Elk Street
Albany, NY  12207
(518) 449-2245
tce@emdlaw.org


UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| LEAMON JOYNER,<br>                    Plaintiff,<br><br>  -against-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>                    Defendant. | Hon. Neal P. McCurn<br><br>Civil Action No.:  05-0675<br><br>**ORDER AWARDING ATTORNEY FEES UNDER EAJA** |

---

This matter having been opened to the Court by Thomas C. Erwin, Esq., attorney for plaintiff, for an Order awarding attorney fees pursuant to the Equal Access to Justice Act, and it appearing that William Pease, Assistant United States Attorney, attorney's for defendant, having consented to the entry of an Order awarding plaintiff's counsel, as the assignee, an amount of One Thousand Seven Hundred and One Dollars and Forty Five Cents ($1,701.45), and the Court having reviewed the record in this matter;

IT IS on this   25th   day of   February   2010

ORDERED that plaintiff's counsel, as the assignee, be allowed a fee award under the Equal Access to Justice Act in the amount of One Thousand Seven Hundred and One Dollars and Forty Five Cents ($1,701.45).

_____
Neal P. McCurn
Senior U.S. District Judge

SENIOR U. S. DISTRICT JUDGE
UNITED STATES DISTRICT COURT