# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT ON ATTORNEY FEES IN A CIVIL CASE

_____

**LEAMON JOYNER**

      vs.                                    **CASE NUMBER: 1:05-cv-675**
                                                                     **(NPM/VEB)**

**COMMISSIONER OF SOCIAL SECURITY**

_____

**Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Commissioner's decision denying disability and SSI benefits is REMANDED for further proceedings in accordance with the November 23, 2009 Report and Recommendation of the Honorable Victor E. Bianchini, United States Magistrate Judge, pursuant to sentence four of 42 U.S.C. section 405(g).

**IT IS FURTHER ORDERED AND ADJUDGED** that plaintiff be allowed a fee award under the Equal Access to Justice Act in the amount of one thousand seven hundred and one dollars and forty-five cents ($1,701.45). Payment is to be made directly to Plaintiff's attorney.

All of the above pursuant to the Orders of the Honorable Senior District Judge Neal P. McCurn, dated the 28th day of December, 2009 and the 25th day of February, 2010.

DATED: February 26, 2010

*[signature]*
Clerk of Court

                                                         s/ _____
                                                       Melissa Ennis
                                                       Deputy Clerk